United States District Court
Southern District of Texas
**ENTERED**
October 15, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                                                    Cr. No. 4: 20-CR-428

LOVELY ELIABE

## ORDER

Ms. Eliabe's Motion to Temporarily Modify Conditions of Pretrial Release is GRANTED.

Ms. Eliable shall be permitted to travel to Miami, Florida to visit family as approved by the pretrial services officer. She shall notify the pretrial services officer upon her return to Houston.

SIGNED at Houston, Texas, on the ___15th___ day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE